COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER ON MOTIONS

| | |
|---|---|
| Cause number: | 01-19-00018-CV |
| Style: | Lucrecia Mendia v. Fiesta Mart, L.L.C. |
| Date motion filed*: | April 22, 2019 |
| Type of motions: | Second Motion for Extension of Time to File Appellant's Brief and First Request for Corrected Clerk's Record |
| Party filing motions: | Appellant's counsel Tina Z. Robbins |
| Document to be filed: | Appellant's Brief; Supplemental Clerk's Record |

Is appeal accelerated?    No.

If motion to extend time:

| | |
|---|---|
| Original due date: | March 27, 2019 |
| Number of extensions granted: | 1    Current Due Date: April 26, 2019 |
| Date Requested: | N/A (10 days after filing of supplemental clerk's record) |

Ordered that motion is:

☒ Granted, in part

    If document is to be filed, document due: May 16, 2019.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _The Clerk of this Court's April 25, 2019 notice has requested that the district clerk file a supplemental clerk's record with the missing documents within 10 days.__ Accordingly, appellant's second motion for an extension of time to file her brief and first request for a corrected clerk's record is **granted**, in part, until May 16, 2019._____

Judge's signature: ____/s/ Laura C. Higley____

                 x Acting individually     ☐ Acting for the Court

Date: __April 25, 2019_____